

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00629-CR

**EX PARTE** Luis Alexis **GONZALEZ-MORALES**

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000722L1
Honorable Leticia Martinez, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

    In accordance with this court's opinion of this date, the trial court's order denying Luis Alexis Gonzalez-Morales's application for pretrial writ of habeas corpus is REVERSED, and this cause is REMANDED to the trial court with instructions to discharge Luis Alexis Gonzalez-Morales from bail and dismiss with prejudice the information in the underlying proceeding.

    SIGNED December 20, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

---

[1] The Honorable Hugo D. Martinez is the judge of the Webb County Court at Law Number One. Associate Judge Leticia Martinez signed the order denying the habeas corpus relief at issue in this appeal.